# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0717, <u>Scott McCarthy v. Joseph Prieto DBA Prieto Law</u>, the court on March 19, 2024, issued the following order:**

The plaintiff's motion requesting accommodation under the Americans with Disabilities Act is denied as it fails to specify what accommodation(s) the plaintiff seeks. The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The plaintiff, Scott N. McCarthy, appeals an order of the Circuit Court (<u>Weaver</u>, J.), issued following a hearing, entering judgment in favor of the defendant, Joseph J. Prieto, Esq., in a small claims action related to the defendant's alleged failure to represent the plaintiff's son in a separate legal matter. Based upon our review of the parties' written arguments, the relevant law, the record on appeal, and the trial court's narrative order, we find the plaintiff's arguments unpersuasive, and affirm the trial court's decision. Further, any issues raised in the plaintiff's notice of appeal that were not briefed are waived. <u>See</u> <u>In re Estate of King</u>, 149 N.H. 226, 230 (2003). Additionally, because the defendant did not file a cross-appeal, we decline to address his argument that the trial court erred by denying his request for attorney fees. To the extent that the defendant requests attorney fees on appeal, his request is denied.

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**